**STATE of Missouri, Respondent,**

v.

**Robert GURLEY, Appellant.**

**No. ED 96646.**

Missouri Court of Appeals, Eastern District, Division Three.

June 26, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 25, 2012.

Application for Transfer Denied Oct. 30, 2012.

Timothy J. Forneris, St. Louis, MO, for Appellant.

Chris A. Koster, Attorney General, Jennifer Ann Wideman, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR. P.J., and MARY K. HOFF and SHERRI B. SULLIVAN, JJ.

**ORDER**

PER CURIAM.

Robert Gurley ("Defendant") appeals from the judgment entered following his jury conviction for murder in the second degree, Section 565.021 RSMo 1994.[1] Defendant contends the trial court erred in: (1) refusing to instruct the jury on the lesser included offense of involuntary manslaughter in the first degree, and (2) submitting to the jury initial aggressor language in the self-defense instruction.

---

1. All further statutory references are to RSMo 1994 unless otherwise indicated.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).